

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2025

No. 04-25-00344-CV

**IN RE** Dalila **AGIZA**

Original Proceeding[1]

### ORDER

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice
Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Relator filed her petition for writ of mandamus on May 30, 2025 and a motion for emergency stay on June 2, 2025. This court considered both and issued an order denying relator relief on June 18, 2025. Relator has filed a motion for reconsideration and en banc reconsideration of our prior order.

Having considering relator's arguments, the motion is DENIED.

It is so **ORDERED** on July 23, 2025.

_____
Irene Rios, Justice

---

[1]This proceeding arises out of Cause No. 2025CV01730, styled *T Slash Bar Texas vs. Dalila AGiza*, pending in the County Court At Law No. 10, Bexar County, Texas, the Honorable Cesar Garcia presiding.

- 2 -

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2025.

_____

Caitlin A. McCamish, Clerk of Court